# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RYAN HOLLINGSHEAD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-19-531-J |
| | ) |
| ANDREW SAUL, | ) |
| Commissioner of Social | ) |
| Security Administration, | ) |
| | ) |
| Defendant. | ) |

## **JUDGMENT**

Pursuant to the Order filed separately this same date, Plaintiff's Complaint is DISMISSED without prejudice.

ENTERED this 16th day of January, 2020.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE